ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-　　　　　　　　　　　　　　　　　　No. 05 Cr. 490 (LTS)

SANTO GUERRERO, et al.　　　　　　　　　**ORDER**

    Defendants.

------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/06

    Upon the consent of the Government and defense counsel, the trial of the charges against defendant Guerrero is hereby severed from the other proceedings in this case and is transferred to the docket of visiting Judge Conti. This transfer is for trial purposes only. Any necessary sentencing proceedings will be handled by Judge Swain.

    SO ORDERED.

Dated: New York, New York
       October 6, 2006

                                          LAURA TAYLOR SWAIN
                                          United States District Judge

*faxed* counsel + Judge Conti 10/6/06